ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA              :   **ORDER**

      - v. -                         :   05 Cr. 567 (HB)

HAROLD BURNS,                         :
    a/k/a "Norberto Amezquita,"
    a/k/a "Howie,"                  :
WELLINGTON HOOKER FORBES,
LAUREANO HOOKER,                      :
GABRIEL AGRESOT LOBO,
JORGE PACHECO SILVA,                  :
GUIDO MATEO SUASO,
CARLOS GONZALES FLORES,               :
ERIC ANTHONY ABRAHAMS REYES,
    a/k/a "Flaco,"                  :
STEVEN OJEDA,
    a/k/a "Scott,"                  :
MAY ADALBERTO MITCHELL PALACIO,
    a/k/a "Mike,"                   :
OLARIO MITCHELL PALACIO,
    a/k/a "Philip,"                 :
ROGER GIOVANY MUENTES SANCHEZ,
EDWIN FRANKLIN GUTIERREZ PATERNINA,   :
HUGO HUMBERTO MUENTES SANCHEZ, and
RAUL ALBERTO ALVAREZ-HAMBURGER,       :
    a/k/a "El Ingenerio,"
                                      :
            Defendants.
                                      :
- - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/07

      Upon the application of the United States of America by Glen G. McGorty, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 05 Cr. 567 (HB), be unsealed.

Dated:  New York, New York
       April 3, 2007

_____
UNITED STATES MAGISTRATE JUDGE

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK