UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                               :

UNITED STATES OF AMERICA

                                                               :        NOTICE OF APPEARANCE (CJA)

       - v. -

                                                               :        05 Cr. 567 (HB)

STEVEN OJEDA, a/k/a "Scott,"
                                                               :

            Defendant.

                                                               :
-------------------------------------------------------------x

        PLEASE TAKE NOTICE that Richard E. Signorelli, an attorney admitted to practice in this Court and a member of the Criminal Justice Act panel, hereby appears as counsel of record, pursuant to Court appointment and the Criminal Justice Act, for STEVEN OJEDA, a/k/a "Scott," the defendant in the above-captioned case as of April 3, 2007.

Dated:  April 3, 2007
        New York, New York

                                                               Respectfully,

                                                               LAW OFFICE OF
                                                               RICHARD E. SIGNORELLI

                                                               /s/
                               By:     _____
                                                               Richard E. Signorelli (RS-7976)
                                                               799 Broadway, Suite 539
                                                               New York, NY 10003
                                                               Telephone:    212 254 4218
                                                               Facsimile:     212 254 1396
                                                               rsignorelli@nycLITIGATOR.com℠
                                                               www.nycLITIGATOR.com℠