United States Attorney
Southern District of New York




The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 11, 2007

**BY FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Harold Burns et al.**
**S1 05 Cr. 567 (HB)**

Dear Judge Baer:

The next status conference in the above-referenced matter is scheduled for Thursday, May 17, 2007, at which time the Court intended to set deadlines for any defense motions to be filed. In lieu of this Court appearance, the Government respectfully submits this proposed motion schedule for the Court's consideration. To the extent any of the defendants intend to file motions in this case, the motions would be full briefed and submitted to the Court by July 2, 2007. The defendants would need to serve their motions upon the Government no later than June 8, 2007; the Government would respond by June 22, 2007, and any reply from the defendants would be due by July 2, 2007. Upon receipt of any defense motions on June 8th, the Government will advise the Court whether a factual hearing will be necessary and, if so, schedule such a hearing before Your Honor at that time. The trial date in this matter is currently set for September 24, 2007. Defense counsel all consent to the adjournment of the May 17, 2007 conference, and to the Government's request for the exclusion of time from the date of this letter, through September 24, 2007, under the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), in the interests of justice.

Should the Court require any additional information, please contact the undersigned at Your Honor's convenience.

Fine w me but if defense to this one objections from defense 5/15/07 schedule best call Tuesday 5/15 to arrange or confirm status conference for 5/17/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
Glen G. McGorty/Amy Finzi
Assistant United States Attorneys
(212) 637-2505/2338

cc: Defense counsel (by facsimile)

SO ORDERED. [signature] 5/14/07

HONORABLE HAROLD BAER
U.S. District Judge, Southern District of New York

TOTAL P.02

Endorsement:

    Fine with me but if any objections from defense to this schedule best call Tuesday 5/15/07 to rearrange or confirm status conference for 5/17/07.