UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA

    -against-

*Steven Ojeda*

------------------------------------x

DOC #: _____
DATE FILED: 6/18/07

ORDER

05 CR 567 - 15 (HB)
Docket #

*Harold Baer Jr.*, DISTRICT JUDGE:
   Judge's Name

THE C.J.A. attorney assigned to this case
*Richard Signorelli* is hereby ordered substituted and
   Attorney's Name
the representation of the defendant in the above captioned matter
is assigned to *Susan Tipograph*
                Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       6-18-07