ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES OF AMERICA

        Plaintiff,

-against-

STEVEN OJEDA

        Defendant.

05 CRIM 567

MOTION TO ADMIT COUNSEL

PRO HAC VICE

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul P. Martin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hoc vice of

| | |
|---|---|
| Applicant's Name: | Tariq Karim El-Shabazz |
| Firm Name: | El-Shabazz & Harris, LLC |
| Address: | 100 South Broad Street |
| City/State/Zip: | Philadelphia, Pennsylvania 19110 |
| Phone Number: | 215-972-7017 |
| Fax Number: | 215-972-7087 |

AUG 31 2007

Tariq Karim El-Shabazz is a member in good standing of the Bar of the States of Pennsylvania. There are no pending disciplinary proceeding against Tariq Karim El-Shabazz in any State or Federal court

Dated:    August 30, 2007
              New York, New York

9/4/07 So Ordered
Harold Baer
USDJ

Respectfully submitted,

Paul P. Martin (PM5706)
Preston, Wilkins & Martin, PLLC
65 Broadway, Suite 508
New York, New York 10006
(212) 809-0000
Fax: (212) 809-4753