UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA
                        Plaintiff,                           05 CRIM 567

        -against-                                            MOTION TO ADMIT COUNSEL

                                                             PRO HAC VICE
STEVEN OJEDA
                        Defendant.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul P. Martin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hoc vice of

| | |
|---|---|
| Applicant's Name: | Tariq Karim El-Shabazz |
| Firm Name: | El-Shabazz & Harris, LLC |
| Address: | 100 South Broad Street |
| City/State/Zip: | Philadelphia, Pennsylvania 19110 |
| Phone Number: | 215-972-7017 |
| Fax Number: | 215-972-7087 |

Tariq Karim El-Shabazz is a member in good standing of the Bar of the States of Pennsylvania. There are no pending disciplinary proceeding against Tariq Karim El-Shabazz in any State or Federal court

Dated:   August 30, 2007
         New York, New York

                                        Respectfully submitted,

                                        Paul P. Martin (PM5706)
                                        Preston, Wilkins & Martin, PLLC
                                        65 Broadway, Suite 508
                                        New York, New York 10006
                                        (212) 809-0000
                                        Fax: (212) 809-4753

Dated:       August 30, 2007
City, State: New York, New York
Notarized:  *Sworn to me this*
             *31st Day of August 2007*                    Respectfully submitted,

*[signature: Kesley Renée Adams]*
*8·31·07*

                                                          *[signature]*
                                                          _____
                                                          Paul P. Martin
                                                          SDNY Bar Code: PM5706

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Tariq Karim El-Shabazz, Bar # 55258, was duly admitted to practice in said Court on September 3, 1993, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                           Clerk of Court

on August 1, 2007.                         BY _____
                                           Aida Ayala,    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA
              Plaintiff,                      05 CRIM 567

    -against-                          ORDER FOR ADMISSION
                                               PRO HAC VICE
STEVEN OJEDA                         ON WRITTEN MOTION
              Defendant.

Upon the motion of Paul P. Martin attorney for Steven Ojeda and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Tariq Karim El-Shabazz |
| Firm Name: | El-Shabazz & Harris, LLC |
| Address: | 100 South Broad Street |
| City/State/Zip: | Philadelphia, Pennsylvania 19110 |
| Phone Number: | 215-972-7017 |
| Fax Number: | 215-972-7087 |
| E-mail Address: | tariq.el-shabazz@elshabazzharris.com |

is admitted to practice pro hac vice as counsel for Steven Ojeda in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:       August 30, 2007
City, State:  New York, New York

                                                               United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#