**El-Shabazz + Harris** LLC

ATTORNEYS AT LAW

office +1 215 972 7016 | fax +1 215 972 7087

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/07

philadelphia
pennsylvania
19110

November 27, 2007

**VIA FACSIMILE: (212) 805-9573**
Honorable Harold Baer, Jr.
Senior U. S. District Judge
United States Courthouse
500 Pearl Street Rm. 2230
New York, NY 10007

NOV 27 2007

U.S. DISTRICT JUDGE
S.D.N.Y.

tariq karim
el shabazz
richard r.
harris
qawi
abdul-rahman[3]
johan s.
powell

[licensed pa + fl]
[licensed pa + ny]

**Re: United States v. Steven Scott Ojeda**
   **05 cr 567-09 (HB)**
   **Continuance of Sentencing Hearing**

Dear Judge Baer:

    As the Court may already be aware, our office represents Mr. Ojeda in the above-captioned matter. This matter is scheduled for sentencing before your honor on Monday December 3, 2007. Our purpose for writing this Court is to respectfully request an adjournment of the afore-mentioned sentencing for the below stated reasons.

    Our office received the revised presentence investigation report on Monday November 26 2007. In that report, it was asserted that the Guilford County District Attorney's Office in North Carolina has indicated that it will reinstate, under docket numbers 1994CRS078573 and 1994CRS078574, the charges of Trafficking in Cocaine by Possession and Trafficking in Cocaine by Transportation against Mr. Ojeda. Prior to the revised report, it was our understanding that both charges were dismissed. While this understanding was correct, it was not known that the North Carolina authorities would reopen this matter.

    Clearly this Court can see how this development will and has already altered our client's position. We need an opportunity to investigate that matter, contact those authorities and attempt to advise our client of the best course of action. Therefore, it is our hope that this Court will allow Mr. Ojeda an opportunity to deal with this matter, in that it may directly impacts his sentence, by granting same a six week adjournment so that a viable resolution may be reached. Please note that the Government has been informed of this request and has indicated that it has no objection to same.

El-Shabazz + Harris LLC

Thanking you in advance for your understanding and serious consideration regarding this request. Should you have any questions or concerns, please don't hesitate to contact the undersigned.

Respectfully submitted,

EL-SHABAZZ + HARRIS, LLC

BY _Tariq Karim El-Shabazz_
TARIQ KARIM EL-SHABAZZ

cc: Judge Harold Baer, Jr.
    Glen McGorty
    AUSA

*[Handwritten note:]* January 3 at 12:00 AM — be sure all the concerns raised to the PSR are addressed in your Pre Sentence memo & that it is here as adjourned sentence date.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 11/27/07

Endorsement:

    January 3 at 12:00 P.M. be sure all the concerns raised at the PSR are addressed in your pre-sentence memo and that it is here in advance of sentence date.