El-Shabazz + Harris LLC

December 24, 2007

**VIA FACSIMILE: (212) 805-7901**
Honorable Harold Baer, Jr.
Senior U. S. District Judge
United States Courthouse
500 Pearl Street Rm. 2230
New York, NY 10007

RECEIVED DEC 26 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

Re: **United States v. Steven Scott Ojeda**
      **05 cr 567-09 (HB)**
      **Continuance of Sentencing Hearing**

Dear Judge Baer:

    As the Court may already be aware, our office represents Mr. Ojeda in the above-captioned matter. This matter is scheduled for sentencing before your honor on Thursday January 3, 2008. Our purpose for writing this Court is to respectfully request an adjournment of the afore-mentioned sentencing for the below stated reasons.

    Since receiving the revised presentence investigation report on Monday November 26 2007 our office has been unable to speak with the assigned assistant district attorney in the Guilford County District Attorney's Office in North Carolina in an attempt to dispose of both matters( reference docket numbers 1994CRS078573 and 1994CRS078574), against Mr. Ojeda. As this courts' knows prior to the revised report, it was our understanding that both charges were dismissed. Please note, since our last request that both the undersigned and the government have been working together to bring about a resolution that would assist Mr. Ojeda and protect the interest of the government. However, given the timing of the holidays and a very busy trial schedule, we have been unable to accomplish same.

    Clearly this Court can see how this development will and has already altered our client's position. It is our belief that if this court would allow us two weeks, we would be able to address these issues Therefore, it is our hope that this Court will allow Mr. Ojeda an opportunity to deal with this matter. Please note that the Government has been informed of this request and has indicated that it has no objection to same.

Thanking you in advance for your understanding and serious consideration regarding this request. Should you have any questions or concerns, please don't hesitate to contact the undersigned.

Respectfully submitted,

EL-SHABAZZ + HARRIS, LLC

BY _____
TARIQ KARIM EL-SHABAZZ

cc: Judge Harold Baer, Jr.
 Glen McGorty
 AUSA



The letter to the court is to attach a copy of the docket or at least tell the court that this is not the first request. I in any event am not responsible for Mr. Guilford's actions – I will adjourn for two weeks to requested but it is unlikely any more adjournment will be granted.

SO ORDERED

Harold Baer, Jr., U.S.D.J.
12/26/07

Jury 24, 08 at 11 AM

Endorsement:

    The better practice is to attach a copy of the docket or at least tell the court that this is not the first request. In any event I am not responsible for Guilford County - I will adjourn for two weeks as requested but it is unlikely any more adjournments will be granted January 24, 2008 at 11:00 A.M.