DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :    ORDER
                                    :
STEVE SCOTT OJEDA,                  :    05 Cr. 567 (HB)
                                    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 13, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         September __, 2007
         Feb 11, 2008

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE